United States District Court
Southern District of Texas
**ENTERED**
December 29, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Nitetek Licensing LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**Endress+Hauser Inc.,**<br><br>Defendant. | Case No. 4:20-cv-4024<br><br>Patent Case<br><br>Jury Trial Demanded |

**ORDER GRANTING MOTION TO EXTEND ANSWER DEADLINE**

Plaintiff's Motion is GRANTED. The deadline to answer, move, or otherwise plead in response to the Complaint for Patent Infringement is hereby extend to January 29, 2021.

Date: December 29, 2020     _[signature: Lee H. Rosenthal]_

1