United States Courts
Southern District of Texas
FILED

*January 07, 2021*

UNITED STATES DISTRICT COURT    Nathan Ochsner, Clerk of Court    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston ▾ | Case Number | 4:20-cv-4024 |
|---|---|---|---|

| Nitetek Licensing LLC |
|---|
| *versus* |
| Endress+Hauser Inc. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | John M. Hintz<br>Maynard, Cooper & Gale, P.C.<br>551 Fifth Avenue -- Suite 2000<br>New York, NY 10176<br>646.609.9284  jhintz@maynardcooper.com<br>New York Bar No. 2252708<br>W.D. Texas 2252708 (and numerous other federal courts) |
|---|---|

| Name of party applicant seeks to appear for: | Endress+Hauser Inc. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 12/23/2020 | Signed: |
|---|---|

| The state bar reports that the applicant's status is:   Active |
|---|
| Dated: 1/7/2021 | Clerk's signature   s\| M. Mapps |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____

_____
United States District Judge