IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
*January 07, 2021*
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| Nitetek Licensing LLC,<br><br>   Plaintiff,<br>v.<br><br>Endress+Hauser Inc.,<br><br>   Defendant. | C.A. No. 4:20-cv-4024 |

### NOTICE OF APPEARANCE ON BEHALF OF <u>DEFENDANT ENDRESS+HAUSER INC.</u>

  Pursuant to the pro hac vice provisions of the "Attorney Admission Requirements" of the United States District Court for the Southern District of Texas, notice is hereby given of the appearance of the undersigned as "attorney-in-charge" for Defendant Endress+Hauser Inc. in the above-captioned action.  Pursuant to those same provisions, the undersigned is filing herewith a motion for leave to appear as the "attorney-in-charge" for Defendant Endress+Hauser Inc. using the "District Motion for Admission Pro Hac Vice" form provided on the Court's website.


Dated:  December 23, 2020      Respectfully submitted,

                   */s/  John M. Hintz*
                   John M. Hintz
                   Maynard, Cooper & Gale, P.C.
                   The Fred F. French Building
                   551 Fifth Avenue, Suite 2000
                   New York, NY  10176
                   (646) 609-9280
                   jhintz@maynardcooper.com

                   *Attorneys for Endress+Hauser Inc.*

1

C.A. No. 4:20-cv-4024                   NOTICE OF APPEARANCE

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 23, 2020, the foregoing document and a copy of a motion for admission pro hac vice form executed by the undersigned was caused to be served upon counsel for Plaintiff by email addressed to isaac@rabilaw.com and by first class mail, postage prepaid, in an envelope addressed as follows:

>Isaac Rabicoff, Esq.
>Rabicoff Law LLC
>5680 King Centre Drive – Suite 645
>Alexandria, VA  22315

Dated:  December 23, 2020                     */s/ John M. Hintz*
                                                                     John M. Hintz