United States Courts
Southern District of Texas
FILED

*January 07, 2021*

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

Nathan Ochsner, Clerk of Court

United States District Court
Southern District of Texas

**ENTERED**

January 13, 2021
Nathan Ochsner, Clerk

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:20-cv-4024 |
|---|---|---|---|

| |
|---|
| Nitetek Licensing LLC |
| *versus* |
| Endress+Hauser Inc. |

| | |
|---|---|
| Lawyer's Name | John M. Hintz |
| Firm | Maynard, Cooper & Gale, P.C. |
| Street | 551 Fifth Avenue -- Suite 2000 |
| City & Zip Code | New York, NY 10176 |
| Telephone & Email | 646.609.9284  jhintz@maynardcooper.com |
| Licensed: State & Number | New York Bar No. 2252708 |
| Federal Bar & Number | W.D. Texas 2252708 (and numerous other federal courts) |

| Name of party applicant seeks to appear for: | Endress+Hauser Inc. |
|---|---|

| |
|---|
| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___ |
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 12/23/2020 | Signed: |
|---|---|

| The state bar reports that the applicant's status is:   Active |
|---|
| Dated: 1/7/2021 | Clerk's signature   s| M. Mapps |

| **Order** |
|---|

Dated: _January 12, 2021_ _____

**This lawyer is admitted *pro hac vice*.**

_____
United States District Judge