IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Nitetek Licensing LLC,**<br><br>　　Plaintiff,<br><br>　　v.<br><br>**Endress+Hauser Inc.,**<br><br>　　Defendant. | Case No. 4:20-cv-04024<br><br>Patent Case<br><br>Jury Trial Demanded |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Court's Order for Conference and Disclosure of Interested Parties (Docket No. 5), Plaintiff Nitetek Licensing LLC files the following Disclosure of Interested Parties.

The undersigned counsel of record states to the best of his knowledge that the following is a full and complete list of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

1. Mavexar LLC, and
2. Rabicoff Law LLC.

Dated: March 10, 2021

Respectfully submitted,

/s/ Isaac Rabicoff
Isaac Rabicoff
**Rabicoff Law LLC**
5680 King Centre Dr, Suite 645
Alexandria, VA 22315
(773) 669-4590
isaac@rabilaw.com

**Counsel for Plaintiff**
**Nitetek Licensing LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2021, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

/s/ *Isaac Rabicoff*
Isaac Rabicoff