IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Nitetek Licensing LLC,** | Case No. 4:20-cv-4024 |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Endress+Hauser Inc.,** | |
| Defendant. | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses this action with prejudice. Defendant has not yet answered the Complaint or moved for summary judgment.

Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: March 18, 2021

Respectfully submitted,

/s/ Isaac Rabicoff
Isaac Rabicoff
Rabicoff Law LLC
5680 King Centre Dr, Suite 645
Alexandria, VA 22315
7736694590
isaac@rabilaw.com

**Counsel for Plaintiff
Nitetek Licensing LLC**

1

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on March 18, 2021 via the Court's CM/ECF system.

/s/ Isaac Rabicoff
Isaac Rabicoff