United States District Court
Southern District of Texas
**ENTERED**
March 18, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Nitetek Licensing LLC,** | Case No. 4:20-cv-4024 |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Endress+Hauser Inc.,** | |
| Defendant. | |

### Order Granting Plaintiff's Notice of Voluntary Dismissal With Prejudice

The request to dismiss this matter with prejudice is hereby GRANTED.

Date: March 18, 2021

Lee H. Rosenthal
Chief United States District Judge